IN THE COURT OF CRIMINAL APPEALS OF STATE OF TEXAS.

NO: 01-14-00206-CR
NO: P.D.R. 0228-15
CASE NO. 1378403.

ALAN OMAR Rodriguez
TDCJ-CID E-1928606
PRO-SE APPELLANT

US.

THE STATE OF TEXAS

RE:

TRIAL Co. Number
1378403
Court of Appeals Number
No-01-14-00206-CR
IN RE Petition for Discretionary
Review
P.D.-0228-15

MOTION To Extend Time To
File PRO SE MOTION for Re Hearing P.D.R.
P.D. 0228-15

To THE Honorable Judge ELSA ALCOLA FOR THE Texas Court of Criminal
Appeals.

Comes Now ALAN OMAR -Rodriguez Appellant; respectfully, request that
the Court grant his motion to extend time to file A motion for Re-
Hearing P.D. 0228-15. In Support of said motion., Appellant would
Show unto this Court the following:

I

Appellant's conviction affirmed on 2/3/2015 by the FIRST
Court of Appeals In Cause No: 01-14-00206-CR. Appellant petition
for Discretionary Review was filed on 6/3/2015 — And was Refused
not judged or Rule on the MERIT on 7/29/2015.

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

## II

Appellant is Requesting an extension of time so that appellant may file for a Rehearing on Review on His P.D.-0228-15 on the Merit introduced. An extension of time is necessary so that appellant, who is not a Licenses Attorney, may become familiarize himself with all the rules governing the petition for Discretionary Review and its _Refusal_; adequately for researching the case and to draft a special request for Rehearing not _Rehearing_ the Entire proceeding with out Reviewing the Merits of His claim. This motion is not made for the purpose of Delay. Under former Rule 200. Now Appears. Rule 49.9.

### Conclusion

Where fore Premises Considered; Appellant prays that this Honorable _Judge_ _magistrate Elsa Alcola_ for the Texas Court of Criminal Appeals grant this Requested Extension of time to file Appellant, _motion_ _for Rehearing_ Review the Merits of His P.D.R.-0228-15 in the Above cause and extend the time for filing the Petition for Rehearing Review the merits until _45 days_ after granting.

Respectfully Submitted

_Alvaro Rodriguez_

1928606 C15-2-11-T

Rosharon Tx 1200 Fm 655

77583

Signel Executed on

8/27/15

Certificate of Service

I do hereby certify that a copy of the foregoing Instrument was this day served on counsel for the STATE by mailing same to the following parties on this date the ___27___ of ___August___ 2015:

Harris County District Attorney's
office · Appellate Division ·
1201 · Franklin · Suite · 600
Houston Texas · 77002

State Prosecuting
Attorney · P.O. Box
1245 Austin Texas
78711

Respectively

_Alan Averr-Rodriguez_
1928600    Pro-Se

Signe 8/27/15

Affidavit                    8/07/15

To whom it may Concern

Declaration

I Juan Guzman Zuniga Jr# 1465196 Am not
a Licensed ATT. nor a Certified ATTorny nor Para
legal Do not know completely perfectly. How
To Inscribe Mexican Alfabet language But can
Communicate with MR Blen Omar Rodriguez 1928606
In the foregoing proceeding The Court While I Am
Assisting MR Rodriguez may Respond in English
Inscribed Language... But; eventually is going to
Have to transfer To Mexican language for
His Benifit on Weight by Law.

Respectfully
Juan Guzman Zuniga
1465196
1800 fm 655 B9-51

Sign. Execution
8/07/15

RECEIVED IN
COURT OF CRIMINAL APPEALS

SEP 02 2015

Abel Acosta, Clerk

Alan Omar Rodriguez, 1928606

MY SAFEKEEPING UNIT
2004 BARRACK UNIT
BAMBERG C15-2-11-T

Clerk Abel Acosta
In care of:
Texas Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711 OK

In care of: Honorable Judge Elsa Alcala

NORTH HOUSTON TX 770

31 AUG 2015 PM 1

787112308O8

787112308O8